# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| PIERRES CATERING SERVICE INC. | § | Case No. 12-16783 |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on         . The undersigned trustee was appointed on         .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]            $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $\_\_\_\_, and now requests reimbursement for expenses of $\_\_\_\_, for total expenses of $\_\_\_\_[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/Frances Gecker_____
                                                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 12-16783 | CAD | Judge: | Carol A. Doyle | Trustee Name: | Frances Gecker |
|---|---|---|---|---|---|---|
| Case Name: | PIERRES CATERING SERVICE INC. | | | | Date Filed (f) or Converted (c): | 04/24/2012 (f) |
| | | | | | 341(a) Meeting Date: | 06/29/2012 |
| For Period Ending: | 03/16/2015 | | | | Claims Bar Date: | 10/24/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL PROPERTY LOCATED AT 1433 E. 79TH STREET, IMPR | 300,000.00 | 92,734.65 | | 175,000.00 | FA |
| 2. FINANCIAL ACCOUNTS | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 3. ACCOUNTS RECEIVABLE | 20,000.00 | 20,000.00 | | 0.00 | FA |
| 4. OFFICE EQUIPMENT | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 5. MACHINERY AND SUPPLIES | 40,000.00 | 40,000.00 | | 20,277.22 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $365,000.00    $157,734.65    $195,277.22    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

THE TRUSTEE HAS SUBMITTED A TFR TO THE UST FOR REVIEW.

| RE PROP # | 2 | -- | Corporate Checking Account with Citibank |
| RE PROP # | 3 | -- | Various past due accounts; deemed uncollectable |
| RE PROP # | 4 | -- | Copier, phone system, desks, file cabinets, intercom system. flat screen TV, office refrigerator, alarm system |
| RE PROP # | 5 | -- | Equipment, Ovens, Steamers, Food preparation equipment, Ice Machine, Tables, Tableware, Shelving, Miscellaneous cookware |

Initial Projected Date of Final Report (TFR): 12/31/2012        Current Projected Date of Final Report (TFR): 03/01/2015

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 12-16783 | Trustee Name: | Frances Gecker |
|---|---|---|---|
| Case Name: | PIERRES CATERING SERVICE INC. | Bank Name: | Congressional Bank |
| | | Account Number/CD#: | XXXXXX7797 |
| | | | GENERAL CHECKING |
| Taxpayer ID No: | XX-XXX3518 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 03/16/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/30/12 | 5 | AMERICAN AUCTION ASSOCIATES, INC.<br>8515 S. THOMAS AVENUEBRIDGEVIEW, IL 60455 | Sale of Equipment | 1129-000 | $20,277.22 | | $20,277.22 |
| 08/01/12 | 1000 | AMERICAN AUCTION ASSOCIATES, INC.<br>8515 S. THOMAS AVENUEBRIDGEVIEW, IL 60455 | Order dated 6/12/12 | 3620-000 | | $4,150.16 | $16,127.06 |
| 11/07/12 | | CHICAGO TITLE AND TRUST COMPANY<br>10 S. LASALLE STREETCHICAGO, IL 60603 | Order dated 10/18/12 | | $12,000.00 | | $28,127.06 |
| | | | Gross Receipts  $175,000.00 | | | | |
| | | | 2012 Taxes  ($7,664.02) | 2500-000 | | | |
| | | | Broker's Commission  ($8,750.00) | 2500-000 | | | |
| | | | Real Estate Tax Escrow  ($37,650.00) | 2500-000 | | | |
| | | | Water Bill  ($230.02) | 2500-000 | | | |
| | | BANK OF AMERICA<br>FIRST MORTGAGE | FIRST MORTGAGE  ($105,083.46) | 4110-000 | | | |
| | | | Survey Fee  ($325.00) | 2500-000 | | | |
| | | SEE H.U.D.<br>SEE H.U.D. | Escrow Fee  ($375.00) | 2500-000 | | | |
| | | | NY Closing Fee  ($150.00) | 2500-000 | | | |
| | | | Title Insurance  ($1,310.00) | 2500-000 | | | |
| | | | Commitment Update Fee  ($100.00) | 2500-000 | | | |
| | | | Closing Protection Letter  ($50.00) | 2500-000 | | | |

| UST Form 101-7-TFR (5/1/2011) *(Page: 4)* | | Page Subtotals: | $32,277.22 | $4,150.16 |
|---|---|---|---|---|

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: 12-16783 | Trustee Name: Frances Gecker |
| Case Name: PIERRES CATERING SERVICE INC. | Bank Name: Congressional Bank |
| | Account Number/CD#: XXXXXX7797 |
| | GENERAL CHECKING |
| Taxpayer ID No: XX-XXX3518 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/16/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | Wire Fee ($50.00) | 2500-000 | | | |
| | | | Document Copies ($75.00) | 2500-000 | | | |
| | | | Tax Payment Service Fee ($100.00) | 2500-000 | | | |
| | | | T.I. Escrow Fee ($175.00) | 2500-000 | | | |
| | | | Water Bill Paymt. Fee ($75.00) | 2500-000 | | | |
| | | | Recording Release ($50.00) | 2500-000 | | | |
| | | | Transfer Tax ($175.00) | 2500-000 | | | |
| | | | County Transfer Tax ($87.50) | 2500-000 | | | |
| | | | City Transfer Tax ($525.00) | 2500-000 | | | |
| | 1 | | REAL PROPERTY LOCATED AT 1433 E. 79TH STREET, IMPR $175,000.00 | 1110-000 | | | |
| 02/12/13 | | Trsf To Bank of New York Mellon | FINAL TRANSFER | 9999-000 | | $28,127.06 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $32,277.22 | $32,277.22 |
| Less: Bank Transfers/CD's | $0.00 | $28,127.06 |
| Subtotal | $32,277.22 | $4,150.16 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $32,277.22 | $4,150.16 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

Page Subtotals: $0.00    $28,127.06

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 12-16783 | Trustee Name: | Frances Gecker |
|---|---|---|---|
| Case Name: | PIERRES CATERING SERVICE INC. | Bank Name: | The Bank of New York Mellon |
| | | Account Number/CD#: | XXXXXX7292 |
| | | | GENERAL CHECKING |
| Taxpayer ID No: | XX-XXX3518 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 03/16/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/12/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | $28,127.06 | | $28,127.06 |
| 02/14/13 | 10000 | INTERNATIONAL SURETIES, LTD. Suite 420701 Poydras StreetNew Orleans, LA 70139 | Blanket Bond #016026455 | 2300-000 | | $25.37 | $28,101.69 |
| 03/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $22.91 | $28,078.78 |
| 04/05/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $41.74 | $28,037.04 |
| 05/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $40.34 | $27,996.70 |
| 06/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $41.62 | $27,955.08 |
| 06/20/13 | 10001 | ALAN D. LASKO & ASSOCIATES, P.C. 29 SOUTH LASALLE STREET SUITE 1240 CHICAGO, ILLINOIS 60603 | Order dated 6/19/13 | | | $1,997.42 | $25,957.66 |
| | | P. C. ALAN D. LASKO & ASSOCIATES | ($1,971.90) | 3410-000 | | | |
| | | P. C. ALAN D. LASKO & ASSOCIATES | ($25.52) | 3420-000 | | | |
| 07/08/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $39.93 | $25,917.73 |
| 08/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $38.53 | $25,879.20 |
| 09/09/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $38.48 | $25,840.72 |
| 10/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $37.18 | $25,803.54 |
| 11/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $38.36 | $25,765.18 |
| 12/06/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $37.07 | $25,728.11 |
| 01/08/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $38.25 | $25,689.86 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*  Page Subtotals: $28,127.06  $2,437.20

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 12-16783  
Case Name: PIERRES CATERING SERVICE INC.  
Taxpayer ID No: XX-XXX3518  
For Period Ending: 03/16/2015  

Trustee Name: Frances Gecker  
Bank Name: The Bank of New York Mellon  
Account Number/CD#: XXXXXX7292  
GENERAL CHECKING  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/03/14 | 10002 | INTERNATIONAL SURETIES, LTD. Suite 420701 Poydras StreetNew Orleans, LA 70139 | BOND PREMIUM BOND NO. 016026455 | 2300-000 | | $37.02 | $25,652.84 |
| 02/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $38.20 | $25,614.64 |
| 03/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $34.41 | $25,580.23 |
| 04/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $38.03 | $25,542.20 |
| 05/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $36.75 | $25,505.45 |
| 05/16/14 | 10003 | P. C. ALAN D. LASKO & ASSOCIATES 29 SOUTH LASALLE STREET SUITE 1240 CHICAGO, ILLINOIS 60603 | Second Interim Fee App Order dated May 15, 2014 | | | $1,357.28 | $24,148.17 |
| | | P. C. ALAN D. LASKO & ASSOCIATES | | ($1,346.40) | 3410-000 | | |
| | | P. C. ALAN D. LASKO & ASSOCIATES | | ($10.88) | 3420-000 | | |
| 06/06/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $37.92 | $24,110.25 |
| 06/18/14 | | ALAN D. LASKO & ASSOCIATES, P.C. 29 SOUTH LASALLE STREETSUITE 1240CHICAGO, ILLINOIS 60603 | Refund of Admin. Claim | 3410-000 | | ($4.00) | $24,114.25 |
| 07/08/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $34.95 | $24,079.30 |
| 08/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $35.80 | $24,043.50 |
| 09/08/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $35.75 | $24,007.75 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $28,127.06 | $4,119.31 |
| Less: Bank Transfers/CD's | $28,127.06 | $0.00 |
| Subtotal | $0.00 | $4,119.31 |
| Less: Payments to Debtors | $0.00 | $0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

Page Subtotals: $0.00  $1,682.11

Net　$0.00　$4,119.31

Exhibit B

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---:|---:|---:|
| XXXXXX7292 - GENERAL CHECKING | $0.00 | $4,119.31 | $24,007.75 |
| XXXXXX7797 - GENERAL CHECKING | $32,277.22 | $4,150.16 | $0.00 |
| | $32,277.22 | $8,269.47 | $24,007.75 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---:|
| Total Allocation Receipts: | $163,000.00 |
| Total Net Deposits: | $32,277.22 |
| Total Gross Receipts: | $195,277.22 |

Exhibit C

## ANALYSIS OF CLAIMS REGISTER

Case Number: 1:12-16783-CAD  
Debtor Name: PIERRES CATERING SERVICE INC.  
Claims Bar Date: 10/24/2012  

Date: March 16, 2015

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 1 2100 | FRANCES GECKER<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, IL 60654 | Administrative | | $0.00 | $13,013.86 | $13,013.86 |
| 1 3110 | FRANKGECKER LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, IL 60654 | Administrative | | $0.00 | $5,000.00 | $5,000.00 |
| 1 3410 | ALAN D. LASKO & ASSOCIATES P. C.<br>29 SOUTH LASALLE STREET<br>SUITE 1240<br>CHICAGO, ILLINOIS 60603 | Administrative | | $0.00 | $1,485.12 | $1,485.12 |
| 1 3410 | ALAN D. LASKO & ASSOCIATES P. C.<br>29 SOUTH LASALLE STREET<br>SUITE 1240<br>CHICAGO, ILLINOIS 60603 | Administrative | | $0.00 | $1,346.40 | $1,346.40 |
| 1 3410 | ALAN D. LASKO & ASSOCIATES P. C.<br>29 SOUTH LASALLE STREET<br>SUITE 1240<br>CHICAGO, ILLINOIS 60603 | Administrative | | $0.00 | $1,971.90 | $1,971.90 |
| 1 3620 | AMERICAN AUCTION ASSOCIATES<br>515 South Thomas Avenue<br>Bridgeview, Illinois 60455 | Administrative | | $0.00 | $4,150.16 | $4,150.16 |
| 1A 40 5800 | ILLINOIS DEPARTMENT OF REVENUE BANK<br>P.O. BOX 64338<br>CHICAGO, ILLINOIS 60664-0338 | Priority | (1-1) UNFILED PERIODS | $0.00 | $29,324.01 | $29,324.01 |
| 50 4110 | BANK OF AMERICA<br>FIRST MORTGAGE | Secured | | $0.00 | $105,083.46 | $105,083.46 |
| 3 70 7100 | ALLIED WASTE SERVICES<br>13701 S KOSTNER AVE<br>CRESTWOOD, IL 60445 | Unsecured | | $0.00 | $528.15 | $528.15 |

Page 1                                    Printed: March 16, 2015

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:12-16783-CAD  
Debtor Name: PIERRES CATERING SERVICE INC.  
Claims Bar Date: 10/24/2012  

Date: March 16, 2015

| | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 5<br>70<br>7100 | LADCO LEASING<br>7300 CHAPMAN HWY<br>KNOXVILLE, TN 37920 | Unsecured | | $0.00 | $2,672.48 | $2,672.48 |
| 7<br>70<br>7100 | DEPARTMENT OF TREASURY<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19114 | Unsecured | | $0.00 | $4,000.00 | $4,000.00 |
| 100<br>2200 | Frances Gecker<br>325 N. LaSalle Street<br>Chicago, IL 60654 | Administrative | | $0.00 | $4.80 | $4.80 |
| 100<br>3420 | ALAN D. LASKO &<br>ASSOCIATES P. C.<br>29 SOUTH LASALLE STREET<br>SUITE 1240<br>CHICAGO, ILLINOIS 60603 | Administrative | | $0.00 | $25.52 | $25.52 |
| 100<br>3420 | ALAN D. LASKO &<br>ASSOCIATES P. C.<br>29 SOUTH LASALLE STREET<br>SUITE 1240<br>CHICAGO, ILLINOIS 60603 | Administrative | | $0.00 | $10.88 | $10.88 |
| 2<br>300<br>7100 | ILLINOIS DEPARTMENT OF<br>REVENUE<br>BANKRUPTCY SECTION<br>P.O. BOX 64338<br>CHICAGO, IL 60664-0338 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 4<br>300<br>7100 | N. A. BANK OF AMERICA<br>C/O CHRISTOPHER M. CAHILL<br>LOWIS & GELLEN LLP<br>200 WEST ADAMS STREET,<br>SUITE 1900<br>CHICAGO, IL 60606 | Unsecured | Additional Claim notes from conversion:<br>Amended | $0.00 | $135,893.53 | $135,893.53 |
| 1B<br>380<br>7400 | ILLINOIS DEPARTMENT OF<br>REVENUE BANK<br>P.O. BOX 64338<br>CHICAGO, ILLINOIS 60664-<br>0338 | Unsecured | (2-1) UNFILED PERIODS | $0.00 | $8,855.23 | $8,855.23 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:12-16783-CAD  
Date: March 16, 2015  
Debtor Name: PIERRES CATERING SERVICE INC.  
Claims Bar Date: 10/24/2012

| Code# | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| BOND 999 2300 | INTERNATIONAL SURETIES LTD. Suite 420 701 Poydras Street New Orleans, LA 70139 | Administrative | Extended Check Description Notes from conversion: BOND NO. 016026455 | $0.00 | $37.02 | $37.02 |
| | Case Totals | | | $0.00 | $313,402.52 | $313,402.52 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-16783
Case Name: PIERRES CATERING SERVICE INC.
Trustee Name: Frances Gecker

Balance on hand $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| | BANK OF AMERICA | $ | $ | $ | $ |

Total to be paid to secured creditors $_____

Remaining Balance $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: FRANCES GECKER | $ | $ | $ |
| Trustee Expenses: FRANCES GECKER | $ | $ | $ |
| Attorney for Trustee Fees: FRANKGECKER LLP | $ | $ | $ |
| Accountant for Trustee Fees: ALAN D. LASKO & ASSOCIATES P. C. | $ | $ | $ |
| Accountant for Trustee Expenses: ALAN D. LASKO & ASSOCIATES P. C. | $ | $ | $ |
| Auctioneer Expenses: AMERICAN AUCTION ASSOCIATES | $ | $ | $ |
| Other: Frances Gecker | $ | $ | $ |
| Other: INTERNATIONAL SURETIES LTD. | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses     $_____

    Remaining Balance     $_____

    Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

    In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1A | ILLINOIS DEPARTMENT OF REVENUE BANK | $ | $ | $ |

    Total to be paid to priority creditors     $_____

    Remaining Balance     $_____

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be \_\_\_\_\_ percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | ALLIED WASTE SERVICES | $ | $ | $ |
| 5 | LADCO LEASING | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 7 | DEPARTMENT OF TREASURY | $ | $ | $ |
| 2 | ILLINOIS DEPARTMENT OF REVENUE | $ | $ | $ |
| 4 | N. A. BANK OF AMERICA | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____

Tardily filed claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be _____ percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be _____ percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1B | ILLINOIS DEPARTMENT OF REVENUE BANK | $ | $ | $ |

Total to be paid to subordinated unsecured creditors    $_____

Remaining Balance $_____