UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| PIERRES CATERING SERVICE INC. | § § | Case No. 12-16783 |
| Debtor(s) | § § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

  Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Frances Gecker, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
              219 S. Dearborn Street
              Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 04/29/2015 in Courtroom 742 (Judge Doyle),
              EVERETT MCKINLEY DIRKSEN - U.S. COURTHOUSE
              219 S. DEARBORN STREET
              CHICAGO, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/24/2015                By: /s/ Frances Gecker
                                              Chapter 7 Trustee


*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL  60654*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| PIERRES CATERING SERVICE INC. | § | Case No. 12-16783 |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 195,277.22 |
| and approved disbursements of | $ | 171,269.47 |
| leaving a balance on hand of[1] | $ | 24,007.75 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| | BANK OF AMERICA | $ 105,083.46 | $ 105,083.46 | $ 105,083.46 | $ 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 24,007.75 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: FRANCES GECKER | $ 13,013.86 | $ 0.00 | $ 13,013.86 |
| Trustee Expenses: FRANCES GECKER | $ 4.80 | $ 0.00 | $ 4.80 |
| Attorney for Trustee Fees: FRANKGECKER LLP | $ 5,000.00 | $ 0.00 | $ 5,000.00 |
| Accountant for Trustee Fees: ALAN D. LASKO & ASSOCIATES P. C. | $ 4,803.42 | $ 3,318.30 | $ 1,485.12 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Accountant for Trustee Expenses: ALAN D. LASKO & ASSOCIATES P. C. | $ 36.40 | $ 36.40 | $ 0.00 |
| Auctioneer Expenses: AMERICAN AUCTION ASSOCIATES | $ 4,150.16 | $ 4,150.16 | $ 0.00 |
| Other: Frances Gecker | $ 4.80 | $ 0.00 | $ 4.80 |
| Other: INTERNATIONAL SURETIES LTD. | $ 37.02 | $ 37.02 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses     $ 19,503.78

Remaining Balance     $ 4,503.97

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 29,324.01 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1A | Illinois Department of Revenue | $ 29,324.01 | $ 0.00 | $ 4,503.97 |

Total to be paid to priority creditors     $ 4,503.97

Remaining Balance     $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 143,094.16 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | ALLIED WASTE SERVICES | $ 528.15 | $ 0.00 | $ 0.00 |
| 5 | LADCO LEASING | $ 2,672.48 | $ 0.00 | $ 0.00 |
| 7 | DEPARTMENT OF TREASURY | $ 4,000.00 | $ 0.00 | $ 0.00 |
| 2 | ILLINOIS DEPARTMENT OF REVENUE | $ 0.00 | $ 0.00 | $ 0.00 |
| 4 | N. A. BANK OF AMERICA | $ 135,893.53 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors     $     0.00

Remaining Balance                                          $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 8,855.23 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1B | Illinois Department of Revenue | $ 8,855.23 | $ 0.00 | $ 0.00 |

Total to be paid to subordinated unsecured creditors     $     0.00

Remaining Balance                                        $     0.00

Prepared By: /s/ Frances Gecker
Chapter 7 Trustee

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL  60654*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| PIERRE'S CATERING SERVICE, INC. | ) Case No. 12 B 16783 |
| | ) |
| Debtor. | ) Honorable Carol A. Doyle |
| | ) |

## CERTIFICATE OF NOTICE

I, Frances Gecker, declare under the penalty of perjury that on I have sent a copy of the NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR) to the recipients listed below in the manner shown this 24th day of March, 2015, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

/s/ Frances Gecker
Frances Gecker, Chapter 7 Trustee

# Mailing Information for Case 12-16783

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Christopher M Cahill ccahill@lowis-gellen.com, abockman@lowis-gellen.com
- Patrick S Layng USTPRegion11.ES.ECF@usdoj.gov
- David M. Spala davidmspala@cs.com

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service).

| | |
|---|---|
| Illinois Department of Revenue Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois 60664-0338 | Allied Waste Services<br>13701 S Kostner Ave<br>Crestwood, IL 60445 |
| Bank of America, N.A.<br>c/o Christopher M. Cahill<br>Lowis & Gellen LLP<br>200 West Adams Street, Suite 1900<br>Chicago, IL 60606 | Ladco Leasing<br>7300 Chapman Hwy<br>Knoxville, TN 37920 |
| Illinois Department Of Revenue<br>Bankruptcy Section<br>P O Box 64338<br>Chicago, IL 60664-0338 | Department of Treasury<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19114 |
| Recovery Management Systems Corporation<br>25 SE Second Avenue Suite 1120<br>Miami, FL 33131 | |