# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| PIERRES CATERING SERVICE INC. | § | Case No. 12-16783 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Frances Gecker, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 04/29/2015 in Courtroom 742 (Judge Doyle),

EVERETT MCKINLEY DIRKSEN - U.S. COURTHOUSE
219 S. DEARBORN STREET
CHICAGO, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/24/2015        By: /s/ Frances Gecker

Chapter 7 Trustee

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| PIERRES CATERING SERVICE INC. | § | Case No. 12-16783 |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 195,277.22 |
| and approved disbursements of | $ | 171,269.47 |
| leaving a balance on hand of[1] | $ | 24,007.75 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| | BANK OF AMERICA | $ 105,083.46 | $ 105,083.46 | $ 105,083.46 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 24,007.75 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: FRANCES GECKER | $ 13,013.86 | $ 0.00 | $ 13,013.86 |
| Trustee Expenses: FRANCES GECKER | $ 4.80 | $ 0.00 | $ 4.80 |
| Attorney for Trustee Fees: FRANKGECKER LLP | $ 5,000.00 | $ 0.00 | $ 5,000.00 |
| Accountant for Trustee Fees: ALAN D. LASKO & ASSOCIATES P. C. | $ 4,803.42 | $ 3,318.30 | $ 1,485.12 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Accountant for Trustee Expenses: ALAN D. LASKO & ASSOCIATES P. C. | $ 36.40 | $ 36.40 | $ 0.00 |
| Auctioneer Expenses: AMERICAN AUCTION ASSOCIATES | $ 4,150.16 | $ 4,150.16 | $ 0.00 |
| Other: Frances Gecker | $ 4.80 | $ 0.00 | $ 4.80 |
| Other: INTERNATIONAL SURETIES LTD. | $ 37.02 | $ 37.02 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses        $        19,503.78

Remaining Balance        $        4,503.97

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 29,324.01  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1A | Illinois Department of Revenue | $ 29,324.01 | $ 0.00 | $ 4,503.97 |

Total to be paid to priority creditors        $        4,503.97

Remaining Balance        $        0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 143,094.16  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | ALLIED WASTE SERVICES | $ 528.15 | $ 0.00 | $ 0.00 |
| 5 | LADCO LEASING | $ 2,672.48 | $ 0.00 | $ 0.00 |
| 7 | DEPARTMENT OF TREASURY | $ 4,000.00 | $ 0.00 | $ 0.00 |
| 2 | ILLINOIS DEPARTMENT OF REVENUE | $ 0.00 | $ 0.00 | $ 0.00 |
| 4 | N. A. BANK OF AMERICA | $ 135,893.53 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors     $ 0.00

Remaining Balance     $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 8,855.23 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1B | Illinois Department of Revenue | $ 8,855.23 | $ 0.00 | $ 0.00 |

Total to be paid to subordinated unsecured creditors     $ 0.00

Remaining Balance     $ 0.00

Prepared By: /s/ Frances Gecker
                                    Chapter 7 Trustee

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL  60654*


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction
Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| PIERRE'S CATERING SERVICE, INC. | ) | Case No. 12 B 16783 |
| | ) | |
| Debtor. | ) | Honorable Carol A. Doyle |
| | ) | |

### CERTIFICATE OF NOTICE

I, Frances Gecker, declare under the penalty of perjury that on I have sent a copy of the NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR) to the recipients listed below in the manner shown this 24th day of March, 2015, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

_/s/ Frances Gecker_
Frances Gecker, Chapter 7 Trustee

# Mailing Information for Case 12-16783

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Christopher M Cahill ccahill@lowis-gellen.com, abockman@lowis-gellen.com
- Patrick S Layng USTPRegion11.ES.ECF@usdoj.gov
- David M. Spala davidmspala@cs.com

{PIERRE/001/00041959.DOCX/}

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service).

| | |
|---|---|
| Illinois Department of Revenue Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois 60664-0338 | Allied Waste Services<br>13701 S Kostner Ave<br>Crestwood, IL 60445 |
| Bank of America, N.A.<br>c/o Christopher M. Cahill<br>Lowis & Gellen LLP<br>200 West Adams Street, Suite 1900<br>Chicago, IL 60606 | Ladco Leasing<br>7300 Chapman Hwy<br>Knoxville, TN 37920 |
| Illinois Department Of Revenue<br>Bankruptcy Section<br>P O Box 64338<br>Chicago, IL 60664-0338 | Department of Treasury<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19114 |
| Recovery Management Systems Corporation<br>25 SE Second Avenue Suite 1120<br>Miami, FL 33131 | |

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 12-16783-CAD
Pierre's Catering Service Inc.                                            Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: bchavez          Page 1 of 2          Date Rcvd: Mar 25, 2015
                              Form ID: pdf006        Total Noticed: 41


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 27, 2015.
db            Pierre's Catering Service Inc.,    1433 East 79th Street,    Chicago, IL  60619-4643
18821157      A T & T Midwest,    C/O CBCS,    P O Box 163250,    COlumbus, OH  43216-3250
18821159      Accounts Receivable Management, Inc.,    P.O. Box 129,    Thorofare, NJ  08086-0129
19331585     +Allied Waste Services,    13701 S Kostner Ave,    Crestwood, IL 60445-3923
18821161     +Allied Waste Services #721,    13701 South Kostner,    Crestwood, IL 60445-3923
18821162     +Arnold Scott Harris, P.C.,    222 Merchandise Mart Plaza - Ste 1932,    Chicago, IL 60654-1420
18821163     +Associated Creditors Exchange Inc,    3443 N. Central Ave - Ste 1100,    Phoenix, AZ 85012-2223
18821165     +Bank Of America, N.A.,    135 S. LaSalle Street,    Chicago, IL 60603-4157
19435267     +Bank of America, N.A.,    c/o Christopher M. Cahill,    Lowis & Gellen LLP,
               200 West Adams Street, Suite 1900,    Chicago, IL 60606-5229
18821166     +Community And Economic Dev Assoc Of Cook,    County, Inc.,    208 S. LaSalle Street - Ste 1900,
               Chicago, IL 60604-1119
18821156      David M Spala,    946 S Oak Park Avenue,    Oak Park, IL  60304-1923
18821168     +Diversified Adjustment,    600 Coon Rapids Blvd NW,    Coon Rapids, MN 55433-5549
18821169     +Dolins, Dolins & Sorinsky, Ltd.,    425 Huehl Road, Bldg 21,    Northbrook, IL 60062-2322
18821170     +Doreen Piggee-Wayne,    7642 S. Colfax Ave - 1st Floor,    Chicago, IL 60649-4216
18821171     +Ethan & Associates,    800 N. Causeway Blvd. - 3rd Floor,    Mandeville, LA 70448-4664
18821173     +Fabri Sausage Mfg Co, Inc,    166 N Aberdeen Street,    Chicago, IL 60607-1606
18821174      First Equity Card Corp,    P O Box 23029,    Columbus, GA  31902-3029
18821175     +Home Juice Corp,    1930 George St - Suite 2,    Melrose Park, IL 60160-1501
18821176      Illinois Department Of Revenue,    Bankruptcy Section,    P O Box 64338,
               Chicago, IL  60664-0338
19296869      Illinois Department of Revenue Bankruptcy Section,    P.O. Box 64338,
               Chicago, Illinois 60664-0338
19479340     +Ladco Leasing,    7300 Chapman Hwy,    Knoxville, TN 37920-6612
18821177     +Lowis & Gellen LLP,    200 West Adams Street - Ste 1900,    Chicago, IL 60606-5229
18821178     +Molite Electric, Inc.,    11207 S. Sangamon Street,    Chicago, IL 60643-4642
18821179     +North American Credit Corp,    One Allied Drive,    Trevose, PA 19053-6945
18821180     +Northland Group, Inc.,    P.O. Box 390846,    Minneapolis, MN 55439-0846
18821181     +Orkin Pest Control,    4201 W. 36th Street,    Chicago, IL 60632-3800
18821182    #+Peoples Gas,    130 E. Randolph Drive,    Chicago, IL 60601-6207
18821183     +Phillips & Cohen Associates, Ltd.,    Mail Stop: 591,    1002 Justison Street,
               Wilmington, DE 19801-5148
18821184      Priority Payment Systems,    P O Box 246,    Alpharetta, GA  30009-0246
18821185     +Rollins Service Bureau,    P O Box 13230,    Atlanta, GA 30324-0230
18821186     +State Fram Insurance Company,    P.O. Box 2350,    Bloomington, IL 61702-2350
18821187      T-Mobile,    P O Box 742596,    Cincinnati, OH  45274-2596
18821189      US - Yellow,    P O Box 41308,    Jacksonville, FL  32203-1308
18821188    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: U.S. Bank,    P O Box 790408,    St Louis, MO  63179-0000)
18821190     +Walsh Media, Inc.,    2100 Clearwater Drive, Ste 201,    Oak Brook, IL 60523-1942

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18821158      E-mail/Text: g17768@att.com Mar 26 2015 01:00:05     A T &T,    P O Box 5093,
               Carol Stream, IL  60197-5093
18821160      E-mail/Text: bkr@cardworks.com Mar 26 2015 00:59:51     Advanta Bank Corp,    P O Box 30715,
               Salt Lake City, UT  84130-0715
18821164     +E-mail/Text: g17768@att.com Mar 26 2015 01:00:06     AT& T,    Bankruptcy Department,
               P O Box 769,    Arlington, TX 76004-0769
22015794     +E-mail/Text: cio.bncmail@irs.gov Mar 26 2015 01:00:27     Department of Treasury,
               Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
18821172     +E-mail/Text: lderose@evergreenplaza.com Mar 26 2015 01:00:00     Evergreen Plaza Associates II,
               9730 S Western Avenue - Ste 418,    Evergreen Park, IL 60805-2777
20723531      E-mail/PDF: rmscedi@recoverycorp.com Mar 26 2015 00:58:44
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
                                                                                    TOTAL: 6


           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18929593*     A T & T Midwest,    C/O CBCS,    P O Box 163250,    COlumbus, OH 43216-3250
18821155*     Pierre's Catering Service Inc,    1433 East 79th Street,    Chicago, IL  60619-4643
18821167    ##+Creditors Financial Group. LLC,    3131 South Vaughn Way, Ste 110,    Aurora, CO 80014-3501
                                                                          TOTALS: 0, * 2, ## 1


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0752-1           User: bchavez            Page 2 of 2              Date Rcvd: Mar 25, 2015
                               Form ID: pdf006          Total Noticed: 41
```

```
                    ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2015                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 24, 2015 at the address(es) listed below:
            Christopher M Cahill    on behalf of Creditor   BANK OF AMERICA, N.A. ccahill@lowis-gellen.com,
             abockman@lowis-gellen.com
            David M. Spala   on behalf of Debtor   Pierre's Catering Service Inc. davidmspala@cs.com
            Frances  Gecker   fgecker@fgllp.com,   fgecker@ecf.epiqsystems.com;csmith@fgllp.com
            Frances  Gecker   on behalf of Accountant Alan D Lasko fgecker@fgllp.com,   csmith@fgllp.com
            Micah R Krohn   on behalf of Trustee Frances  Gecker mkrohn@fgllp.com,
             ccarpenter@fgllp.com;csmith@fgllp.com
            Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
            Zane L Zielinski    on behalf of Accountant Alan D Lasko zzielinski@wfactorlaw.com,
             nbouchard@wfactorlaw.com
            Zane L Zielinski    on behalf of Trustee Frances  Gecker zzielinski@wfactorlaw.com,
             nbouchard@wfactorlaw.com
                                                                             TOTAL: 8
```