UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 12-16783
PIERRE'S CATERING SERVICE, INC.,  )
 )  Chapter: 7
 )  Honorable Carol Doyle
 )
 )
Debtor(s)  )

**ORDER GRANTING FIRST AND FINAL APPLICATION OF FRANKGECKER LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

THIS MATTER COMING ON TO BE HEARD upon the First and Final Application of FrankGecker LLP For Allowance Of Compensation And Reimbursement Of Expenses; due and proper notice having been given to all unpaid creditors; the Court having heard from all interested parties and being fully advised in the premises; and the Court having jurisdiction over this core proceeding;

IT IS HEREBY ORDERED THAT:

1. FrankGecker LLP is hereby allowed reasonable compensation for actual, necessary legal services in the amount of $5,000.00; and

2. Frances Gecker, not individually, but as Chapter 7 Trustee of the bankruptcy estate of PIERRE'S CATERING SERVICE, INC., is hereby authorized to pay FrankGecker LLP compensation and expense reimbursement in the total amount of $5,000.00.

Enter:

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: April 29, 2015

**Prepared by:**

Reed Heiligman (IL ARDC #6294312)
FrankGecker LLP
325 N. LaSalle Street, Suite 625
Chicago, Illinois 60654
Tel.: (312) 276-1400
Fax: (312) 276-0035
rheiligman@fgllp.com