UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

Eastern Division

In Re:                                          )          BK No.:    12-16783
PIERRE'S CATERING SERVICE, INC.,                )
                                                )
                                                )          Chapter: 7
                                                )
                                                )          Honorable Carol Doyle
                                                )
            Debtor(s)                           )

**ORDER AUTHORIZING THIRD AND FINAL APPLICATION OF ALAN D. LASKO &
ASSOCIATES, P.C. FOR ALLOWANCE OF COMPENSATION AND EXPENSES**

THIS MATTER COMING ON TO BE HEARD upon the Third and Final Application of Alan
D. Lasko & Associates, P.C. For Allowance Of Compensation And Reimbursement Of Expenses; due
and proper notice having been given; the Court having heard from all interested parties and being fully
advised in the premises; and the Court having jurisdiction over this core proceeding;

IT IS HEREBY ORDERED THAT:

1.   Alan D. Lasko & Associates, P.C. is hereby allowed reasonable compensation for actual,
necessary accounting services in the amount of $1,467.40;

2.   Alan D. Lasko & Associates, P.C. is hereby allowed reimbursement of actual, necessary
expenses in the amount of $17.72; and

3. Frances Gecker, not individually, but as Chapter 7 Trustee of the bankruptcy estate of PIERRE'S
CATERING SERVICE, INC., is hereby authorized to pay Alan D. Lasko & Associates, P.C. for their
reasonable compensation and expenses in the amount of $1,485.12.

Enter:

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated:  April 29, 2015

**Prepared by:**

Reed Heiligman (IL ARDC #6294312)
FrankGecker LLP
325 N. LaSalle Street, Suite 625
Chicago, Illinois 60654
Tel.:  (312) 276-1400
Fax:  (312) 276-0035
rheiligman@fgllp.com