UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                    §
                                          §
PIERRES CATERING SERVICE INC.             §       Case No. 12-16783
                                          §
                                          §
         Debtor(s)                        §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

  Frances Gecker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

  3) Total gross receipts of $  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ (see **Exhibit 2**), yielded net receipts of $  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Frances Gecker_____
                                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America, N.A. 135 S. LaSalle Street Chicago, IL 60603 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Lowis & Gellen LLP 200 West Adams Street - Ste 1900 Chicago, IL 60606 | | | | | |
| | BANK OF AMERICA | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FRANCES GECKER | | | | | |
| Frances Gecker | | | | | |
| INTERNATIONAL SURETIES LTD. | | | | | |
| Suite 420 701 Poydras Street New Orleans, LA 70139 | | | | | |
| CHICAGO TITLE AND TRUST COMPANY | | | | | |
| SEE H.U.D. | | | | | |
| Bank of New York Mellon | | | | | |
| FRANKGECKER LLP | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ALAN D. LASKO & ASSOCIATES P. C. | | | | | |
| 29 SOUTH LASALLE STREET SUITE 1240 CHICAGO, ILLINOIS 60603 | | | | | |
| ALAN D. LASKO & ASSOCIATES P. C. | | | | | |
| AMERICAN AUCTION ASSOCIATES | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department Of Revenue Bankruptcy Section P O Box 64338 Chicago, IL 60664-0338 | | | | | |
| 1A | Illinois Department of Revenue | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | A T & T Midwest C/O CBCS P O Box 163250 COlumbus, OH  43216-3250 | | | | | |
| | A T &T P O Box 5093 Carol Stream, IL  60197-5093 | | | | | |
| | Accounts Receivable Management, Inc. P.O. Box 129 Thorofare, NJ  08086-0129 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advanta Bank Corp P O Box 30715 Salt Lake City, UT 84130-0715 | | | | | |
| | Arnold Scott Harris, P.C. 222 Merchandise Mart Plaza - Ste 1932 Chicago, IL 60654 | | | | | |
| | Associated Creditors Exchange Inc 3443 N. Central Ave - Ste 1100 Phoenix, AZ 85012 | | | | | |
| | AT& T Bankruptcy Department P O Box 769 Arlington, TX 76004 | | | | | |
| | Community And Economic Dev Assoc Of Cook County, Inc. 208 S. LaSalle Street - Ste 1900 Chicago, IL 60604 | | | | | |
| | Creditors Financial Group. LLC 3131 South Vaughn Way, Ste 110 Aurora, CO 80014 | | | | | |
| | Diversified Adjustment 600 Coon Rapids Blvd NW Coon Rapids, MN 55433 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Dolins, Dolins & Sorinsky, Ltd. 425 Huehl Road, Bldg 21 Northbrook, IL 60062 | | | | | |
| | Doreen Piggee-Wayne 7642 S. Colfax Ave - 1st Floor Chicago, IL 60617 | | | | | |
| | Ethan & Associates 800 N. Causeway Blvd. - 3rd Floor Mandeville, LA 70448 | | | | | |
| | Evergreen Plaza Associates II 9730 S Western Avenue - Ste 418 Evergreen Park, IL 60805 | | | | | |
| | Fabri Sausage Mfg Co, Inc 166 N Aberdeen Street Chicago, IL 60607 | | | | | |
| | First Equity Card Corp P O Box 23029 Columbus, GA 31902-3029 | | | | | |
| | Home Juice Corp 1930 George St - Suite 2 Melrose Park, IL 60160-1473 | | | | | |

Case 12-16783   Doc 53   Filed 06/26/15   Entered 06/26/15 14:54:13   Desc Main
Document      Page 9 of 18

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Molite Electric, Inc. 11207 S. Sangamon Street Chicago, IL 60643 | | | | | |
| | North American Credit Corp One Allied Drive Trevose, PA 19053 | | | | | |
| | Northland Group, Inc. P.O. Box 390846 Minneapolis, MN 55439 | | | | | |
| | Orkin Pest Control 4201 W. 36th Street Chicago, IL 60632 | | | | | |
| | Peoples Gas 130 E. Randolph Drive Chicago, IL  60601 | | | | | |
| | Phillips & Cohen Associates, Ltd. Mail Stop: 591 1002 Justison Street Wilmington, DE  19801 | | | | | |
| | Priority Payment Systems P O Box 246 Alpharetta, GA 30009-0246 | | | | | |
| | Rollins Service Bureau P O Box 13230 Atlanta, GA 30324 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | State Fram Insurance Company P.O. Box 2350 Bloomington, IL  61702 |  |  |  |  |  |
|  | T-Mobile P O Box 742596 Cincinnati, OH  45274-2596 |  |  |  |  |  |
|  | U.S. Bank P O Box 790408 St Louis, MO  63179-0000 |  |  |  |  |  |
|  | US - Yellow P O Box 41308 Jacksonville, FL  32203-1308 |  |  |  |  |  |
|  | Walsh Media, Inc. 2100 Clearwater Drive, Ste 201 Oak Brook, IL  60523 |  |  |  |  |  |
| 3 | ALLIED WASTE SERVICES |  |  |  |  |  |
| 7 | DEPARTMENT OF TREASURY |  |  |  |  |  |
| 2 | ILLINOIS DEPARTMENT OF REVENUE |  |  |  |  |  |
| 5 | LADCO LEASING |  |  |  |  |  |
| 4 | N. A. BANK OF AMERICA |  |  |  |  |  |
| 1B | Illinois Department of Revenue |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 12-16783 | CAD | Judge: | Carol A. Doyle | Trustee Name: | Frances Gecker |
|---|---|---|---|---|---|---|
| Case Name: | PIERRES CATERING SERVICE INC. | | | | Date Filed (f) or Converted (c): | 04/24/2012 (f) |
| | | | | | 341(a) Meeting Date: | 06/29/2012 |
| For Period Ending: | 06/16/2015 | | | | Claims Bar Date: | 10/24/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL PROPERTY LOCATED AT 1433 E. 79TH STREET, IMPR | 300,000.00 | 92,734.65 | | 175,000.00 | FA |
| 2. FINANCIAL ACCOUNTS<br><br>Corporate Checking Account with Citibank | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 3. ACCOUNTS RECEIVABLE<br><br>Various past due accounts; deemed uncollectable | 20,000.00 | 20,000.00 | | 0.00 | FA |
| 4. OFFICE EQUIPMENT<br><br>Copier, phone system, desks, file cabinets, intercom system. flat screen TV, office refrigerator, alarm system | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 5. MACHINERY AND SUPPLIES<br><br>Equipment, Ovens, Steamers, Food preparation equipment, Ice Machine, Tables, Tableware, Shelving, Miscellaneous cookware | 40,000.00 | 40,000.00 | | 20,277.22 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $365,000.00 | $157,734.65 | | $195,277.22 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

THE TRUSTEE HAS SUBMITTED A TFR TO THE UST FOR REVIEW.

Initial Projected Date of Final Report (TFR): 12/31/2012     Current Projected Date of Final Report (TFR): 03/01/2015

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 12-16783 | Trustee Name: Frances Gecker |
| Case Name: PIERRES CATERING SERVICE INC. | Bank Name: Congressional Bank |
| | Account Number/CD#: XXXXXX7797 |
| | GENERAL CHECKING |
| Taxpayer ID No: XX-XXX3518 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 06/16/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/30/12 | 5 | AMERICAN AUCTION ASSOCIATES, INC. 8515 S. THOMAS AVENUEBRIDGEVIEW, IL 60455 | Sale of Equipment | 1129-000 | $20,277.22 | | $20,277.22 |
| 08/01/12 | 1000 | AMERICAN AUCTION ASSOCIATES, INC. 8515 S. THOMAS AVENUEBRIDGEVIEW, IL 60455 | Order dated 6/12/12 | 3620-000 | | $4,150.16 | $16,127.06 |
| 11/07/12 | | CHICAGO TITLE AND TRUST COMPANY 10 S. LASALLE STREETCHICAGO, IL 60603 | Order dated 10/18/12 | | $12,000.00 | | $28,127.06 |
| | | | Gross Receipts $175,000.00 | | | | |
| | | | 2012 Taxes ($7,664.02) | 2500-000 | | | |
| | | | Broker's Commission ($8,750.00) | 2500-000 | | | |
| | | | Real Estate Tax Escrow ($37,650.00) | 2500-000 | | | |
| | | | Water Bill ($230.02) | 2500-000 | | | |
| | | BANK OF AMERICA FIRST MORTGAGE | FIRST MORTGAGE ($105,083.46) | 4110-000 | | | |
| | | | Survey Fee ($325.00) | 2500-000 | | | |
| | | SEE H.U.D. SEE H.U.D. | Escrow Fee ($375.00) | 2500-000 | | | |
| | | | NY Closing Fee ($150.00) | 2500-000 | | | |
| | | | Title Insurance ($1,310.00) | 2500-000 | | | |
| | | | Commitment Update Fee ($100.00) | 2500-000 | | | |
| | | | Closing Protection Letter ($50.00) | 2500-000 | | | |

| | | | Page Subtotals: | | $32,277.22 | $4,150.16 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 12-16783 | Trustee Name: Frances Gecker |
| Case Name: PIERRES CATERING SERVICE INC. | Bank Name: Congressional Bank |
| | Account Number/CD#: XXXXXX7797 |
| | GENERAL CHECKING |
| Taxpayer ID No: XX-XXX3518 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 06/16/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | Wire Fee ($50.00) | 2500-000 | | | |
| | | | Document Copies ($75.00) | 2500-000 | | | |
| | | | Tax Payment Service Fee ($100.00) | 2500-000 | | | |
| | | | T.I. Escrow Fee ($175.00) | 2500-000 | | | |
| | | | Water Bill Paymt. Fee ($75.00) | 2500-000 | | | |
| | | | Recording Release ($50.00) | 2500-000 | | | |
| | | | Transfer Tax ($175.00) | 2500-000 | | | |
| | | | County Transfer Tax ($87.50) | 2500-000 | | | |
| | | | City Transfer Tax ($525.00) | 2500-000 | | | |
| | 1 | | REAL PROPERTY LOCATED AT 1433 E. 79TH STREET, IMPR    $175,000.00 | 1110-000 | | | |
| 02/12/13 | | Trsf To Bank of New York Mellon | FINAL TRANSFER | 9999-000 | | $28,127.06 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $32,277.22 | $32,277.22 |
| Less: Bank Transfers/CD's | $0.00 | $28,127.06 |
| Subtotal | $32,277.22 | $4,150.16 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $32,277.22 | $4,150.16 |

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $28,127.06 |

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 12-16783  
Case Name: PIERRES CATERING SERVICE INC.  
Taxpayer ID No: XX-XXX3518  
For Period Ending: 06/16/2015

Trustee Name: Frances Gecker  
Bank Name: The Bank of New York Mellon  
Account Number/CD#: XXXXXX7292  
GENERAL CHECKING  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/12/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | $28,127.06 | | $28,127.06 |
| 02/14/13 | 10000 | INTERNATIONAL SURETIES, LTD. Suite 420 701 Poydras Street New Orleans, LA 70139 | Blanket Bond #016026455 | 2300-000 | | $25.37 | $28,101.69 |
| 03/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $22.91 | $28,078.78 |
| 04/05/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $41.74 | $28,037.04 |
| 05/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $40.34 | $27,996.70 |
| 06/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $41.62 | $27,955.08 |
| 06/20/13 | 10001 | ALAN D. LASKO & ASSOCIATES, P.C. 29 SOUTH LASALLE STREET SUITE 1240 CHICAGO, ILLINOIS 60603 | Order dated 6/19/13 | | | $1,997.42 | $25,957.66 |
| | | P. C. ALAN D. LASKO & ASSOCIATES | ($1,971.90) | 3410-000 | | | |
| | | P. C. ALAN D. LASKO & ASSOCIATES | ($25.52) | 3420-000 | | | |
| 07/08/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $39.93 | $25,917.73 |
| 08/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $38.53 | $25,879.20 |
| 09/09/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $38.48 | $25,840.72 |
| 10/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $37.18 | $25,803.54 |
| 11/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $38.36 | $25,765.18 |
| 12/06/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $37.07 | $25,728.11 |
| 01/08/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $38.25 | $25,689.86 |

Page Subtotals: $28,127.06  $2,437.20

UST Form 101-7-TDR (10/1/2010) (Page: 15)

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 12-16783 | Trustee Name: Frances Gecker |
| Case Name: PIERRES CATERING SERVICE INC. | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX7292 |
| | GENERAL CHECKING |
| Taxpayer ID No: XX-XXX3518 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 06/16/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/03/14 | 10002 | INTERNATIONAL SURETIES, LTD. Suite 420701 Poydras StreetNew Orleans, LA 70139 | BOND PREMIUM BOND NO. 016026455 | 2300-000 | | $37.02 | $25,652.84 |
| 02/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $38.20 | $25,614.64 |
| 03/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $34.41 | $25,580.23 |
| 04/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $38.03 | $25,542.20 |
| 05/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $36.75 | $25,505.45 |
| 05/16/14 | 10003 | P. C. ALAN D. LASKO & ASSOCIATES 29 SOUTH LASALLE STREET SUITE 1240 CHICAGO, ILLINOIS 60603 | Second Interim Fee App Order dated May 15, 2014 | | | $1,357.28 | $24,148.17 |
| | | P. C. ALAN D. LASKO & ASSOCIATES | ($1,346.40) | 3410-000 | | | |
| | | P. C. ALAN D. LASKO & ASSOCIATES | ($10.88) | 3420-000 | | | |
| 06/06/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $37.92 | $24,110.25 |
| 06/18/14 | | ALAN D. LASKO & ASSOCIATES, P.C. 29 SOUTH LASALLE STREETSUITE 1240CHICAGO, ILLINOIS 60603 | Refund of Admin. Claim | 3410-000 | | ($4.00) | $24,114.25 |
| 07/08/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $34.95 | $24,079.30 |
| 08/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $35.80 | $24,043.50 |
| 09/08/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $35.75 | $24,007.75 |
| 04/30/15 | 10004 | FRANCES GECKER 325 N. LaSalle Street Suite 625 Chicago, IL 60654 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $13,013.86 | $10,993.89 |

Page Subtotals: $0.00    $14,695.97

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-16783 | Trustee Name: | Frances Gecker |
| Case Name: | PIERRES CATERING SERVICE INC. | Bank Name: | The Bank of New York Mellon |
| | | Account Number/CD#: | XXXXXX7292 |
| | | | GENERAL CHECKING |
| Taxpayer ID No: | XX-XXX3518 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 06/16/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/30/15 | 10005 | FRANKGECKER LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, IL  60654 | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | $5,000.00 | $5,993.89 |
| 04/30/15 | 10006 | ALAN D. LASKO & ASSOCIATES P. C.<br>29 SOUTH LASALLE STREET<br>SUITE 1240<br>CHICAGO, ILLINOIS  60603 | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | $1,485.12 | $4,508.77 |
| 04/30/15 | 10007 | Clerk, U.S. Bankruptcy Court | Remit to Court | 2200-001 | | $4.80 | $4,503.97 |
| 04/30/15 | 10008 | Illinois Department of Revenue<br>Records Management Division 2-202<br>PO Box 19014<br>Springfield, IL  62794-9014 | Final distribution to claim 1 representing a payment of 15.36 % per court order. | 5800-000 | | $4,503.97 | $0.00 |
| 05/05/15 | 10007 | Clerk, U.S. Bankruptcy Court | Remit to Court Reversal<br>Trustee Expenses. | 2200-000 | | ($4.80) | $4.80 |
| 05/05/15 | 10009 | Gecker, Frances<br>325 N. LaSalle Street<br>Chicago, IL  60654 | Trustee Expenses | 2200-000 | | $4.80 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $28,127.06 | $28,127.06 |
| Less: Bank Transfers/CD's | $28,127.06 | $0.00 |
| Subtotal | $0.00 | $28,127.06 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $28,127.06 |

UST Form 101-7-TDR (10/1/2010) *(Page: 17)*

Page Subtotals: $0.00   $10,993.89

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX7292 - GENERAL CHECKING | $0.00 | $28,127.06 | $0.00 |
| XXXXXX7797 - GENERAL CHECKING | $32,277.22 | $4,150.16 | $0.00 |
|  | $32,277.22 | $32,277.22 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $163,000.00 |
|---|---|
| Total Net Deposits: | $32,277.22 |
| Total Gross Receipts: | $195,277.22 |

Page Subtotals:                                                                 $0.00              $0.00